**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**ANA KARINA ARMAO PINA**,

    Petitioner,

    v.                                                                 Case No. 2:26-cv-02836-BCL-tmp

**DIRECT. OF NOLA ICE
CHRISTOPHER BULLOCK**,

    Respondents.

---

### ORDER DIRECTING SERVICE AND RESPONSE

---

Petitioner is a noncitizen currently detained in Mason, Tennessee. Doc. 1. On July 10, 2026, she filed for a writ of habeas corpus under 28 U.S.C. § 2241 for immediate release or a bond hearing. *Id.* at 12.

The Clerk of Court **SHALL** send a copy of this Petition to counsel for the Respondent at stuart.canale@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response to the Petition within **three (3)** days of service. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 13th day of July, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE